■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TASHAWN SMITH, Appellant. [710 NYS2d 556] —Appeal from a judgment of the County Court of Franklin County (Main, Jr., J.), rendered February 1, 1999, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Defendant, a prison inmate, pleaded guilty to the crime of attempted promoting prison contraband in the first degree and was sentenced as a second felony offender to a prison term of 1½ to 3 years, to run consecutive with a sentence he was currently serving. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Based upon our review of the record and the briefs submitted by defense counsel and defendant, *pro se*, we agree. Accordingly, the judgment is affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Spain, J. P., Carpinello, Graffeo, Mugglin and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.